UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  21cr1112- H |
|---|---|
| Plaintiff, | AMENDED FINAL ORDER OF CRIMINAL FORFEITURE |
| v. | |
| LE THI LE (1), | |
| Defendant. | |

On November 12, 2022, this Court entered its Final Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of LE THI LE ("Defendant") in all properties seized in connection with this case, including but not limited to the following specific properties pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c):

    a.    Seven (7) tabletop electronic gambling machines

    b.    One (1) full size electronic gambling machine

    c.    $13,930.00 in United States Currency

    d.    Three (3) tabletop electronic gambling machines

    e.    Twenty-four (24) electronic gambling machines

    f.    $693.00 in United States Currency

    g.    Assorted Security System Parts

h.    $2,819.00 in United States Currency

i.    Eight (8) electronic gambling machines.

For thirty (30) consecutive days ending on November 13, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

On June 5, 2024, the United States sent Notice of Forfeiture by Federal Express mail to the potential third party as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Phoung Thanh Bui<br>c/o William R Burgener<br>Law Offices of William R. Burgener<br>3990 Old Town Avenue, Suite C105<br>San Diego, CA 92110 | 776717915304 | Marked as delivered on 6/6/24. |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express mail and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of LE THI LE and any and all third parties in the following specific properties are hereby condemned, forfeited, and vested in the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c):

a.    Seven (7) tabletop electronic gambling machines

b.    One (1) full size electronic gambling machine

- 2 -                                    21cr1112

c.    $13,930.00 in United States Currency

d.    Three (3) tabletop electronic gambling machines

e.    Twenty-four (24) electronic gambling machines

f.    $693.00 in United States Currency

g.    Assorted Security System Parts

h.    $2,819.00 in United States Currency

i.    Eight (8) electronic gambling machines.

IT IS FURTHER ORDERED that any and all interest in Phoung Thanh Bui be specifically terminated and forfeited to the United States as to the above referenced properties.

IT IS FURTHER ORDERED that the costs incurred by the Federal Bureau of Investigation, United Marshals Service, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charged against the forfeited property.

IT IS FURTHER ORDERED that this Court order the Federal Bureau of Investigation and United States Marshal Service shall dispose of the specific properties described above according to law.

DATED:  7/18/2024

_____
Honorable Marilyn L. Huff
United States District Court Judge